UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/10
```

RALPH CIOFFI,

                Plaintiff,

-v-

PHG FUNDING, LLC (SERIES A),

                Defendant.

No. 10 Civ. 3033 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED THAT the initial/pre-motion conference scheduled for June 4, 2010 is hereby adjourned until June 11, 2010 at 10:15 a.m. The parties shall comply with all other deadlines in the Court's initial order.

SO ORDERED.

DATED:    May 3, 2010
                New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE